IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 95-10278

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GREGORY SAURI,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
(3:92-CR-492-X)

(June 9, 1995)

Before HIGGINBOTHAM and PARKER, Circuit Judges, and McBRYDE[*], District Judge.

PER CURIAM:[**]

After oral argument, we are not persuaded that the district court erred in revoking Gregory Sauri's probation. The defendant had adequate notice before his revocation hearing that revocation of probation was at issue. The provisions of 18 U.S.C. § 3653 requiring an arrest warrant are not the exclusive means of bringing

[*]District Judge of the Northern District of Texas, sitting by designation.

[**]Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the Court has determined that this opinion should not be published.

a defendant to court for a probation hearing.  Sauri's violation of probation occurred within his three-year term of probation, and his contention regarding time limits are without merit.  Finally, we are persuaded that the district court acted within its discretion in ordering revocation and rejecting further pursuit of the issue of defendant's competency.

AFFIRMED.